CALIFORNIA IRON YARDS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7838.

Circuit Court of Appeals, Ninth Circuit.

Nov. 9, 1936.

Robert A. Littleton, of Washington, D. C., and Harry McKannay, of San Francisco, Cal., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for parties, and motion of respondent, ordered order of Board of Tax Appeals affirmed; mandate forthwith.

James L. CARROLL, Percy Farrell, et al., Appellants, v. UNION SULPHUR COMPANY, a Corporation, Appellee.

No. 8434.

Circuit Court of Appeals, Ninth Circuit.

Jan. 11, 1937.

William P. Lord, of Portland, Or., for appellants.

Erskine Wood, of Portland, Or., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of proctor for appellee, and good cause therefor appearing, ordered appeal in above cause dismissed for failure of appellants to file record and docket cause; mandate forthwith.

R. L. CHUTE, Libelant-Appellant, v. THE Steamtug HARRY F. KEELER and Keeler Transportation Line, Inc., Respondents-Appellees.

No. 130.

Circuit Court of Appeals, Second Circuit.

Dec. 14, 1936.

Hill & Rivkins, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (John E. Purdy, of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.